UNITED STATES BANKRUPTCY COURT
Western District of Arkansas
FAYETTEVILLE DIVISION

IN RE: Orin Justice, Debtor

CASE NO: 5:06-bk-71631
CHAPTER 7

# **ORDER**

On the 13th day of August 2009, came on for hearing the Motion to Convert Case from Chapter 7 to Chapter 13 and the Objection to Motion to Convert Case from Chapter 7 to Chapter 13 filed by the debtor, Orin Justice, and the creditor, Advanced Control Solutions, Inc., respectively; the creditor appearing by its attorney, Todd Lewis, and the debtor appearing by his attorney, Steven Robbins. From a consideration of the pleadings filed herein, including the pleadings as amended to conform to the proof, the exhibits introduced into evidence, and other facts and matters appearing before the court, the court finds and orders as follows:

(1) The objection to the Motion to Convert Case from Chapter 7 to Chapter 13 filed by Advanced Control Solutions, Inc., is hereby overruled.

(2) That no other objections to debtor's Motion to Convert Case from Chapter 7 to Chapter 13 were timely filed, and that debtor's Motion to Convert Case from Chapter 7 to Chapter 13 is hereby granted.

(3) The findings of fact and conclusions of law set forth in the oral decision delivered in this matter by the Honorable Ben T. Barry on August 13, 2009 are incorporated herein by reference.

(4) That within fifteen (15) days of the entry of this order, debtor shall file a Chapter 13 plan in conjunction with any necessary amendments to his bankruptcy petition.

IT IS SO ORDERED.

_____
Ben T. Barry
United States Bankruptcy Judge

Date: \_\_\_August 24, 2009\_\_\_

/s/Steven Robbins
Steven Robbins
Debtor's Attorney

EOD 8/24/2009
by S Bailey

/s/Todd Lewis
Todd Lewis
Attorney for Advanced Control Systems, Inc.