sak / 4

UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICT OF ARKANSAS

In re: ORIN BRET JUSTICE                                    Case No: 5:06-bk-71631 B

OBJECTION TO CONFIRMATION
OF INITIAL PLAN

Comes now Joyce Bradley Babin, Chapter 13 Standing Trustee who would show the Court the following for which relief is sought. It is reasonably believed and the proof will show that the Chapter 13 petition and plan fail to comply with the following:

1. 11 U.S.C. 1322(a)(2) plan fails to provide for the full payment of all claims entitled to priority under 11 U.S.C. 507. **The Debtor testified that he has an obligation to the state of Arkansas of approximately $1,700. This amount will need to be paid as a priority obligation through the Debtor's plan.**

2. 11 U.S.C. 1325(a)(4) creditors would receive greater distribution under a Chapter 7 proceeding. **The Debtor has non-exempt equity based on scheduled values of assets at $19,535.25 which, if liquidated in a chapter 7, would provide a greater distribution to unsecured creditors.**

3. 11 U.S.C. 1325(b)(1) payments to be paid to unsecured creditors is inconsistent with disposable income. **The Debtor has listed expenses that will need to be substantiated and/or reduced and the additional funds paid into the plan for the benefit of creditors, including medical of $350 a month; home maintenance of $250 a month; laundry of $100 a month; and his wife's credit card debt of $200 a month. The Debtor should provide statements to determine when the credit card obligation of $200 a month will cease so that a step payment can be provided.**

Because the plan and petition fail to comply with applicable provisions of the Bankruptcy Code, the case should be dismissed pursuant to 11 U.S.C. 1307 or the confirmation should be denied and the debtor given an opportunity to submit a modified plan within reasonable time.

PREMISES CONSIDERED, Joyce Bradley Babin, Standing Chapter 13 Trustee prays:
1. That the Court set this objection for a hearing.
2. That the Court either dismiss the Chapter 13 case pursuant to 11 U.S.C. 1307 or deny confirmation and grant the debtor a reasonable time in which to submit a modified plan.
3. That the Chapter 13 Trustee be granted such other and further relief to which she may be entitled.

Dated: 9/25/2009

/s/ Joyce Bradley Babin
CHAPTER 13 TRUSTEE

cc:  Orin Bret Justice
     1554 W Pleasant Grove Rd
     Lowell, AR 72745

     Jack & Holly Martin
     Attorneys At Law, P.A.
     2706 American Drive
     Springdale, AR 72764-2578