**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF ARKANSAS**
**DIVISION**

RE: _____   CASE NO: _____
                                                                                     **Chapter 13**

**NOTICE OF OPPORTUNITY TO OBJECT TO**
**AMENDED PLAN BEFORE CONFIRMATION**

You are hereby notified that the captioned debtor(s) have filed the attached amendment to the plan pursuant to 11 U.S.C. §1323 and Rule 3019 of the Rules of Bankruptcy Procedure. Objections to confirmation of the plan as amended must be filed with the Bankruptcy Court at 35 E. Mountain St, #316 Fayetteville, Arkansas 72701 in writing within 25 days from the date of this notice, with copies to the attorney for debtor(s) and to Joyce Bradley Babin, Chapter 13 Standing Trustee.

If objections to the plan as amended are filed, they will be set for hearing by subsequent notice. If no objections are received, the plan as amended may be confirmed without further notice or hearing.

Date:_____    _____
                                                     Attorney's Name, Address & Phone Number

CERTIFICATE OF MAILING

I, the undersigned, hereby certify that copies of the foregoing notice and attached Modification to Plan have been mailed to:

P.O. Box 8064
Little Rock, AR 72203-8064

Department of Finance & Administration
Legal Division
P.O. Box 1272
Little Rock, AR 72203

Employment Security Division
Legal Division
P.O. Box 2981
Little Rock, AR 72203

Special Procedures Staff
Stop 5700 - 700 W. Capitol Ave.
Little Rock, AR 72201

U.S. Attorney, Eastern District
P.O. Box 1229
Little Rock, AR 72203

U.S. Attorney, Western District
P.O. Box 1524
Fort Smith, AR 72902

and to all creditors whose names and address are set forth on the following page(s):

```
                    ADF&A-BAPCPA
                    PO Box 3628
                    Little Rock, AR 72203


                    Advanced Control Solutions
                    2724 South Champions
                    Rogers, AR 72758


                    AERT
                    914 N Jefferson St
                    P O Box 1237
                    Springdale, AR 72765


                    Arkansas MRI Services
                    237 East Millsap Road
                    Suite 3
                    Fayetteville, AR 72703


                    Arvest - BACPA
                    P.O. Box 1327
                    Fayetteville, AR 72702


                    Cbusasears
                    Po Box 6189
                    Sioux Falls, SD 57117


                    Chase
                    800 Brooksedge Blvd
                    Westerville, OH 43081


                    Citimortgage Inc
                    Po Box 9442
                    Gaithersburg, MD 20898


                    E*Trade
                    2730 Liberty Ave
                    Pittsburgh, PA 15222


                    Emergency Physicians
                    Billing Service
                    P O Box 96408
                    Oklahoma City, OK 73143-6408
```

Household Bank Retail Svc
700 N Wood Dale Rd
Wood Dale, IL 60191


Matthews Campbell & Rhoads
119S. Second Street
Rogers, AR 72756


Northwest Orthopedic Center
Dr. Mark W. Powell
601 W. Maple Ave. Ste 704
Fayetteville, AR


QHG NW Medical Center
P.O. Box 47
Springdale, AR 72765


Radiology Consultants of NW Ar
P.O. Box 9178
Russellville, AR 72811


Rhonda Karren Justice
215 W. Pleaseant Grove Rd
Lowell, AR 72745


Rhonda Karren Justice
215 W. Pleasant Grove Rd
Lowell, AR 72745


Springdale Ambulance Service
P.O. Box 1521
Springdale, AR 72765


Todd Lewis
Conners & Winters
211 East Dickson Street
Fayetteville, AR 72701


Trinity Rehab Inc.
1350 S. Gutenshohn Rd.  Ste 10
Springdale, AR 72762

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
DIVISION

Re:_____          Case No: _____
                                                Chapter 13

**AMENDMENT OF CHAPTER 13 PLAN**

Comes now the Debtor(s) and for their amendment to the original or amended Chapter 13 plan states:

1. **Payment to the Trustee:**
   The Debtor proposes to pay $_____ PER MONTH TO THE TRUSTEE.

   Indicate how often the Debtor is paid by checking the appropriate box below:
   　weekly　　　　semi-monthly　　　Other: (Please specify)
   　bi-weekly　　 monthly　　　　　　_____

2. **The Plan Length** shall remain the same unless otherwise indicated below:*

   　Increase plan length to _____ months.

   　Decrease plan length to _____ months.

   * A debtor must pay all disposable income into the plan for the benefit of unsecured creditors for no less than 36 months (unless unsecured are being paid 100%) and the plan length shall not exceed 60 months.

3. **Unsecured Creditors** are to be paid a _____ dividend.
   (Enter "Pro-rata" if this is a Base Plan.)

4. **MODIFIED TREATMENT OF EXISTING CREDITORS:**
   The following **changes** are to be made to each creditor as set out below:

   　　**Creditor Name**　　　　　　　　**Change in Treatment/Classification**
   (1)_____     _____
                                          _____
   (2)_____     _____
                                          _____
   (3) _____     _____
                                          _____
   (4) _____     _____
                                          _____
   (5) _____     _____
                                          _____

5. **ADDITION OF SECURED CREDITORS TO THE PLAN:**

   Secured creditors who will retain their liens and be paid the value of their collateral or the amount of their debt, whichever is less, shall be paid as follows.  Any amount claimed in excess of the value of the collateral will be treated as a nonpriority unsecured creditor.

   \*\* Please indicate any debts which will extend beyond the length of the plan.  Such debts <u>MUST</u> have a "monthly payment" proposed.  Also, if the debt is in default, you <u>must provide separately</u> for such default.

   | Creditor Name/Address | Net Payoff | Value | Unsecured Portion | Int Rate* Pd by Plan | Monthly Payment |
   |---|---|---|---|---|---|
   | 1) _____ _____ | _____ | _____ | _____ | _____ | _____ |
   | 2) _____ _____ _____ | _____ | _____ | _____ | _____ | _____ |
   | 3) _____ _____ _____ | _____ | _____ | _____ | _____ | _____ |
   | 4) _____ _____ _____ | _____ | _____ | _____ | _____ | _____ |

   \*  IF THIS SPACE IS LEFT BLANK, NO INTEREST IS TO BE PAID.

6. **ADDITION OF PRIORITY CREDITORS TO THE PLAN**:  Such as taxes or wages.

   The following creditors are added to the plan and shall be paid as follows:

   | Creditor  Name/Address | Per Month, If Any | Total Debt |
   |---|---|---|
   | 1) _____ _____ _____ | _____ | _____ |
   | 2) _____ _____ _____ | _____ | _____ |
   | 3) _____ _____ _____ | _____ | _____ |

7. **ADDITION OF UNSECURED CREDITORS TO THE PLAN:**
   The following unsecured creditors are added to the plan.  Each creditor must be classified as a "PRE" or "POST" peition creditor and shall be paid as follows:

   **PRE-PETITION** Unsecured creditors shall be paid a _____ dividend.

   **POST-PETITION** Unsecured creditors shall be paid a _____ dividend.

   | Creditor  Name/Address | Classification | Total Debt |
   |---|---|---|
   | 1) _____ <br> _____ <br> _____ | _____ | _____ |
   | 2) _____ <br> _____ <br> _____ | _____ | _____ |
   | 3) _____ <br> _____ <br> _____ | _____ | _____ |
   | 4) _____ <br> _____ <br> _____ | _____ | _____ |
   | 5) _____ <br> _____ <br> _____ | _____ | _____ |
   | 6) _____ <br> _____ <br> _____ | _____ | _____ |
   | 7) _____ <br> _____ <br> _____ | _____ | _____ |

8. **Unsecured Creditors** shall be paid at least as much as they would receive under Chapter 7.

9. **All other provisions as set forth in the last confirmed plan remain the same.**


   Date: _____        _____
                                                                         Attorney for Debtor

## ADDENDUM TO MODIFICATION OF PLAN

The following is added to "other provisions"

Debtor anticipates that his wife's credit card payments will cease in October of 2011. In November of 2011, debtor's Chapter 13 Trustee payment will increase to $1,096.87/month.