**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF ARKANSAS**
**DIVISION**

RE: _____     CASE NO: _____

Chapter 13

**NOTICE OF OPPORTUNITY TO OBJECT TO**
**MODIFIED PLAN  (BEFORE) (AFTER)  CONFIRMATION**

You are hereby notified that the captioned debtor(s) have filed the attached modification to the plan pursuant to 11 U.S.C. §1323 and Rule 3019 of the Rules of Bankruptcy Procedure (Before) or 11 U.S.C.  §1329 (After).  Objections to confirmation of the plan as modified must be filed with the Bankruptcy Court at 35 E. Mountain St #316 Fayetteville, Arkansas 72701 in writing within 25 days from the date of this notice with copies to the attorney for debtor(s) and to  Joyce Bradley Babin, Chapter 13 Standing Trustee.

If objections to the plan as modified are filed, they will be set for hearing by subsequent notice.  If no objections are received, the plan as modified may be confirmed without further notice or hearing.

Date:_____  _____
                             Attorney's Name,  Address & Phone Number

<u>CERTIFICATE OF MAILING</u>

I, the undersigned, hereby certify that copies of the foregoing notice and attached Modification to Plan have been mailed to:

David D. Coop, Trustee                 Internal Revenue Service
P.O. Box 5006                          Special Procedures Staff
North Little Rock, AR 72119            Stop 5700 - 700 W. Capitol Ave.
                                       Little Rock, AR 72201

Department of Finance & Administration
Legal Division                         U.S. Attorney, Eastern District
P.O. Box 1272                          P.O. Box 1229
Little Rock, AR 72203                  Little Rock, AR 72203

Employment Security Division           U.S. Attorney, Western District
Legal Division                         P.O. Box 1524
P.O. Box 2981                          Fort Smith, AR 72902
Little Rock, AR 72203

and to all creditors whose names and address are set forth on the following page(s):

ADF&A-BAPCPA
PO Box 3628
Little Rock, AR 72203


Advanced Control Solutions
2724 South Champions
Rogers, AR 72758


AERT
914 N Jefferson St
P O Box 1237
Springdale, AR 72765


Arkansas MRI Serivces
P.O. Box 550623
Tampa, FL 33655-0623


Arkansas MRI Services
237 East Millsap Road
Suite 3
Fayetteville, AR 72703


Arvest - BACPA
P.O. Box 1327
Fayetteville, AR 72702


Cbusasears
Po Box 6189
Sioux Falls, SD 57117


Chase
800 Brooksedge Blvd
Westerville, OH 43081


Citimortgage Inc
Po Box 9442
Gaithersburg, MD 20898


E*Trade
2730 Liberty Ave
Pittsburgh, PA 15222

Emergency Physicians
Billing Service
P O Box 96408
Oklahoma City, OK 73143-6408


Household Bank Retail Svc
700 N Wood Dale Rd
Wood Dale, IL 60191


Matthews Campbell & Rhoads
119S. Second Street
Rogers, AR 72756


Northwest Orthopedic Center
Dr. Mark W. Powell
601 W. Maple Ave. Ste 704
Fayetteville, AR


QHG NW Medical Center
P.O. Box 47
Springdale, AR 72765


Radiology Consultants of NW Ar
P.O. Box 9178
Russellville, AR 72811


Rhonda Karren Justice
215 W. Pleaseant Grove Rd
Lowell, AR 72745


Rhonda Karren Justice
215 W. Pleasant Grove Rd
Lowell, AR 72745


Springdale Ambulance Service
P.O. Box 1521
Springdale, AR 72765


Todd Lewis
Conners & Winters
211 East Dickson Street
Fayetteville, AR 72701

Trinity Rehab Inc.
1350 S. Gutenshohn Rd.  Ste 10
Springdale, AR 72762

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARKANSAS**
**DIVISION**

Re:_____        Case No: _____
                                                                                 Chapter 13

**MODIFICATION OF CHAPTER 13 PLAN**

Comes now the Debtor(s) and for their modification to the original or modified Chapter 13 plan states:

1. **Payment to the Trustee:**
   The Debtor proposes to pay $_____ PER MONTH TO THE TRUSTEE.

   Indicate how often the Debtor is paid by  checking the appropriate box below:
   
   | weekly | semi-monthly | Other: (Please specify) |
   |--------|--------------|--------------------------|
   | bi-weekly | monthly | _____ |

2. **The Plan Length** shall remain the same unless otherwise indicated below:*

   Increase plan length to _____ months.

   Decrease plan length to _____ months.

   * A debtor must pay all disposable income into the plan for the benefit of unsecured creditors for no less than 36 months (unless unsecured are being paid 100%) and the plan length shall not exceed 60 months.

3. **Unsecured Creditors** are to be paid a _____ dividend.
   (Enter "Pro-rata" if this is a Base Plan.)

4. **MODIFIED TREATMENT OF EXISTING CREDITORS:**
   The following **changes** are to be made to each creditor as set out below:

   | Creditor Name | Change in Treatment/Classification |
   |---------------|-------------------------------------|
   | (1)_____ | _____ |
   | | _____ |
   | (2)_____ | _____ |
   | | _____ |
   | (3) _____ | _____ |
   | | _____ |
   | (4) _____ | _____ |
   | | _____ |
   | (5) _____ | _____ |
   | | _____ |

5. **<u>ADDITION OF SECURED CREDITORS TO THE PLAN:</u>**

Secured creditors who will retain their liens and be paid the value of their collateral or the amount of their debt, whichever is less, shall be paid as follows.  Any amount claimed in excess of the value of the collateral will be treated as a nonpriority unsecured creditor.

** Please indicate any debts which will extend beyond the length of the plan.  Such debts <u>MUST</u> have a "monthly payment" proposed.  Also, if the debt is in default, you <u>must provide separately</u> for such default.

| Creditor Name/Address | Net Payoff | Value | Unsecured Portion | Int Rate* Pd by Plan | Monthly Payment |
|---|---|---|---|---|---|
| 1) _____ _____ | _____ | _____ | _____ | ____ | _____ |
| 2) _____ _____ _____ | _____ | _____ | _____ | ____ | _____ |
| 3) _____ _____ _____ | _____ | _____ | _____ | ____ | _____ |
| 4) _____ _____ _____ | _____ | _____ | _____ | ____ | _____ |

*  IF THIS SPACE IS LEFT BLANK, NO INTEREST IS TO BE PAID.

6. **<u>ADDITION OF PRIORITY CREDITORS TO THE PLAN</u>**:  Such as taxes or wages.

The following creditors are added to the plan and shall be paid as follows:

| Creditor  Name/Address | Per Month, If Any | Total Debt |
|---|---|---|
| 1) _____ _____ | _____ | _____ |
| 2) _____ _____ | _____ | _____ |
| 3) _____ _____ | _____ | _____ |

7. **ADDITION OF UNSECURED CREDITORS TO THE PLAN:**
   The following unsecured creditors are added to the plan.  Each creditor must be classified as a "PRE" or "POST" peition creditor and shall be paid as follows:

   **PRE-PETITION** Unsecured creditors shall be paid a _____ dividend.

   **POST-PETITION** Unsecured creditors shall be paid a _____ dividend.

| Creditor  Name/Address | Classification | Total Debt |
|---|---|---|
| 1) _____ <br> _____ <br> _____ | _____ | _____ |
| 2) _____ <br> _____ <br> _____ | _____ | _____ |
| 3) _____ <br> _____ <br> _____ | _____ | _____ |
| 4) _____ <br> _____ <br> _____ | _____ | _____ |
| 5) _____ <br> _____ <br> _____ | _____ | _____ |
| 6) _____ <br> _____ <br> _____ | _____ | _____ |
| 7) _____ <br> _____ <br> _____ | _____ | _____ |

8. **Unsecured Creditors** shall be paid at least as much as they would receive under Chapter 7.

9. All other provisions remain unchanged except as provided for in addendum.

Date: _____          _____
                                        Attorney for Debtor

Revised 8/2001                          3 of 3